# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| HELLEN RENEE MURRAY, | ) | Civil Action No. 1:19-cv-00304-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Andrew M. Saul, Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

The matter before the court is Plaintiff Hellen Renee Murray's Motion for Attorney's Fees pursuant to provisions of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (2019), filed on June 5, 2020. (ECF No. 25.) Plaintiff's counsel seeks reimbursement in the amount of three thousand four hundred eighty-three dollars and zero cents ($3,483.00) in fees and sixteen dollars ($16.00) for expenses. (*Id.* at 2.) Defendant Andrew M. Saul ("the Commissioner") filed a Response on June 12, 2020, stating there is no objection to the requested amount of attorney's fees. (ECF No. 26 at 1.)

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to be offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B) (2014). Therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel. *See Ratliff*, 560 U.S. at 589. The amount of attorney's fees payable to Plaintiff will be the balance of stipulated attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. *See* 31 U.S.C. § 3716 (2014). If Plaintiff's outstanding federal debt exceeds the amount of attorney's fees under the stipulation, the stipulated

amount will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. (*See* ECF No. 25 at 1–2.)

After a thorough review of Plaintiff's Motion (ECF No. 25) and the Commissioner's Response (ECF No. 26), the court finds that the attorney's fees request is reasonable, and that Plaintiff is entitled to an award of attorney's fees totaling three thousand four hundred ninety-nine dollars and zero cents ($3,499.00). As such, the court **GRANTS** Plaintiff's Motion for Attorney's Fees. (ECF No. 25.)

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

June 24, 2020
Columbia, South Carolina